**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Jeremiah WILLIAMS, Defendant–
Appellant.**

**No. 14–6200.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 7, 2015.

Decided: July 24, 2015.

Jeremiah Williams, Appellant Pro Se. Jennifer P. May–Parker, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ and KEENAN, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremiah Williams appeals the district court's order denying relief on his 28 U.S.C. § 2255 (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we deny the motion for appointment of counsel and affirm for the reasons stated by the district court. *United States v. Williams,* Nos. 5:10–cr–00141–FL–1; 5:13–cv–00137–FL (E.D.N.C. Feb. 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented

in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*